UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-00099-SI |
| v. | **INFORMATION** |
| **CARLOS ARON PALADINI** | 18 U.S.C. § 1956(a)(1)(A)(i) |
| **Defendant.** | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Money Laundering)**
**(18 U.S.C. § 1956(a)(1)(A)(i))**

On or about November 29, 2020, in the District of Oregon, defendant, **CARLOS ARON PALADINI**, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is the unlawful distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1), with the intent to promote the carrying on the distribution of controlled substances, and that while conducting and attempting to conduct such financial transaction, defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

# FORFEITURE ALLEGATION

Upon conviction of Count 1, defendant **CARLOS ARON PALADINI** shall forfeit to the United States, pursuant to 18 U.S.C. § 982, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: March 30, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney