AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   21-cr-00099 |
| | ) | |
| Carlos Aron Paladini | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   04/06/2021

/s/ Carlos Aron Paladini
*Defendant's signature*

/s/ Thomas E. Price
*Signature of defendant's attorney*

Thomas E. Price
*Printed name of defendant's attorney*

*/s/ Michael H. Simon*
*Judge's signature*

U.S. District Court Judge Michael H. Simon
*Judge's printed name and title*