**Thomas E. Price, OSB #90362**
**thomas_price@fd.org**
**Federal Public Defender's Office**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:21-cr-00099-SI |
| Plaintiff, | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **CARLOS ARON PALADINI,** | |
| Defendant. | |

Carlos Paladini will appear before this Court for sentencing on June 30, 2021. Pursuant to a plea agreement with the government, Mr. Paladini pleaded guilty to a single-count information charging him with money laundering. Mr. Paladini accepts the calculations in the final presentence report as accurate. At the time of sentencing, the defense will urge the Court to impose a sentence of 36 months, to be served concurrently with the sentence imposed in his supervised release violation case (3:09-cr-00057-SI) in consideration of § 3553(a) factors.

Respectfully submitted on June 23, 2021.

                                               */s/ Thomas E. Price*
                                               Thomas E. Price, Attorney for Defendant