SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #08281**
Lewis.Burkhart@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-00099-SI |
| v. | **MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE** |
| **CARLOS ARON PALADINI,** | |
| **Defendant.** | |

1.  On June 14, 2021, this Court entered an Amended Preliminary Order of Forfeiture, ordering defendant Carlos Aron Paladini to forfeit all his right, title, and interest in the following asset:

    $12,300 U.S. currency.

2.  Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3.  As previously indicated in the Declaration of Publication (ECF No. 26), notice of this criminal forfeiture was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days. It stated the intent of the United States to dispose of the property in

accordance with the law and notified all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

4. On June 23, 2021, the Federal Bureau of Investigation alerted the United States Attorney's Office that the seized currency was taken to Loomis to be recounted before being released to the U.S. Marshals Service. During the count, a counterfeit $50.00 U.S. bill was detected. Therefore, the actual amount available for forfeiture in this case is $12,250.00.

5. I know of no other persons who may have an interest in the currency that is forfeitable in this case.

6. No third party has made claim to or declared any interest in the forfeitable property, and the time for filing a claim has expired.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the $12,250 in U.S. currency, forfeited as to all persons and vesting full right, title and interest in the property in the United States and directing the United States to dispose of the property according to law.

DATED: January 25, 2022.

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #08281
Assistant United States Attorney