UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00099-SI |
| v. | FINAL ORDER OF FORFEITURE<br>Fed. R. Crim. P. 32.2(c)(2) |
| CARLOS ARON PALADINI, | |
| **Defendant.** | |

On June 14, 2021, this Court entered a Preliminary Order of Forfeiture, ordering defendant Carlos Aron Paladini to forfeit all his right, title, and interest in the following asset:

$12,300 U.S. currency.

Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

Notice of this criminal forfeiture was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days. It stated the intent of the United States to dispose of the property in accordance with the law and notified all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

The Federal Bureau of Investigation alerted the United States Attorney's Office that the seized currency was taken to Loomis to be recounted before being released to the U.S. Marshals

Service. During the count, a counterfeit $50.00 U.S. bill was detected. Therefore, the actual amount available for forfeiture in this case is $12,250.00.

No timely petitions have been filed with this Court and the time for filing has expired.

The Court finds that defendant had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. § 982.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to 18 U.S.C. § 982, all right, title, and interest to:

$12,250 in U.S. currency

is hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including defendant Carlos Aron Paladini. The United States Government is directed to dispose of the property in accordance with the law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this 25 day of January 2022.

_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #08281
Assistant United States Attorney